**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| DAMARIS IXCHOP<br><br>            Plaintiff,<br><br>   -against-<br><br>MATTHEW KEZHAYA, individually<br><br>and<br><br>FINKELSTEIN, KERN, STEINBERG &<br>CUNNINGHAM, P.C., A Tennessee<br>Corporation<br><br>and<br><br>MIDLAND FUNDING, LLC<br>A California Corporation<br><br>            Defendant. | Civil Action No. 4:15-cv-00502-JLH<br><br><br>**NOTICE OF SETTLEMENT AND<br>REQUEST FOR CONTINUING<br>JURISDICTION TO ENFORCE<br>SETTLEMENT AGREEMENT** |

<u>**NOTICE OF SETTLEMENT AND REQUEST FOR CONTINUING JURISDICTION
TO ENFORCE SETTLEMENT AGREEMENT**</u>

**PLEASE TAKE NOTICE** that the above-referenced matter has been resolved between

the parties pending the exchange and approval of final settlement papers.  Plaintiff respectfully

requests that the Court retain continuing jurisdiction to enforce the parties' settlement agreement

over this matter pending the prompt filing of a Stipulation / Notice of Dismissal herein.  Plaintiff

anticipates the filing of a Stipulation / Notice of Dismissal within the next two weeks.

Dated: October 2, 2015

Respectfully submitted,

By:/s/Todd Wooten
Todd Wooten, Esq.   ABN 94034
**WOOTEN LAW FIRM**
2226 Cottondale Lane, Suite 210
Little Rock, Arkansas 722202
Telephone: (501) 218-6064
todd@wootenlaw.net

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 2nd day of October, 2015, a true and accurate copy of the foregoing instrument was filed with the Court's electronic filing system which sent notice of the filing to:

Via email:

Ron Cunningham, Esq.
Finkelstein, Kern, Steinberg & Cunningham, P.C.
1810 Ailor Ave
Knoxville, TN 37921-5802
ron@fksclaw.com

and

Via email:

Jonathan P. Dyal, Esq.
Balch & Bingham, LLP
1310 Twenty Fifth Avenue
Gulfport, MS 39501-1931
jdyal@balch.com

_/s/ Todd Wooten _____