**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

DAMARIS IXCHOP                                                                PLAINTIFF

v.                                        NO. 4:15CV00502 JLH

MATTHEW KEZHAYA; FINKELSTEIN,
KERN, STEINBERG & CUNNINGHAM, P.C.;
and MIDLAND FUNDING, LLC                                           DEFENDANTS

<u>**ORDER**</u>

The plaintiff's motion to dismiss is GRANTED.  Document #7.  This action is hereby

dismissed with prejudice.

IT IS SO ORDERED this 8th day of October, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE